JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JB SQUARED LTD, a limited company incorporated in England and Wales,<br><br>        Plaintiff,<br><br>  vs.<br><br>GLOBATRAC LLC, a California Limited Liability Company; and DOES 1 through 10, inclusive,<br><br>        Defendants. | Case No. CV-17-4385-MWF (SPx)<br><br>**JUDGMENT** |

The above-entitled matter came before the Honorable Michael W. Fitzgerald, United States District Judge, presiding in Courtroom 5A of the above-entitled Court, on April 2, 2018, pursuant to Plaintiff's Motion for Summary Judgment. (Docket No. 19).

Having considered Plaintiff's Motion for Summary Judgment, as well as the pleadings, evidence, and oral argument presented in support of and opposition to the Motion, and pursuant to Rules 54(a) and 58 of the Federal Rules of Civil Procedure and section 1716 of the California Code of Civil Procedure,

1

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that judgment be entered as follows:

1. The Court hereby recognizes and enters the Judgement issued for JB Squared Ltd. and against Globatrac LLC by the High Court of Justice, Queens' Bench Division, in London, in the amount of $2,307,564, plus £2,521.41 for JB Squared's costs, which at the current exchange rate are $3,541.90, for a total of **$2,311,105.90.**

2. JB Squared Ltd. is further awarded its costs in this action as provided by law.

Dated: April 4, 2018

_____
MICHAEL W. FITZGERALD
United States District Judge